ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

DOUGLAS R. AND JOANNE R. COLKITT

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] ROBERT S. WILLIAMS

Firm Name: STRALEY ROBIN & WILLIAMS

Post Office Box: N/A

Street Address: 100 E. Madison Street, Suite 300

City-State-Zip: Tampa, Florida 33602

Telephone & Facsimile Numbers: (813) 223-9400 Fax (813) 223-5043

E-mail address: rwilliams@srwlegal.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 1 2

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $ 6,046,072.07 plus statutory interest and costs.

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005