IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOUGLAS R. and JOANNE R. COLKITT, )
)
Plaintiff )
)
v. ) No. 05-1048 T
) (Judge Smith)
THE UNITED STATES, )
)
Defendant )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of W.C. Rapp attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

W.C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: October 14, 2005

s/ W. C. Rapp
W.C. RAPP
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0503
(202) 514-9440 fax