# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **DOUGLAS R.** | ) | |
| **and JOANNE R. COLKITT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 05-1048 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Defendant, the United States, respectfully moves the Court for leave to file out of time the attached answer to the complaint. A paper original of the answer was filed with the Clerk timely on Friday, January 27, 2006. The instant case, however, has been designated an electronic case, a fact overlooked by defendant's attorneys. Defendant regrets the error and any resulting inconvenience to the Court.

WHEREFORE, defendant prays its motion be granted.

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*

January 30, 2006

s/ David Gustafson
Of Counsel