**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DOUGLAS R.** | ) | |
| **and JOANNE R. COLKITT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 05-1048 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION PURSUANT TO RULE 41(a)(1)(ii)**
**FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed, pursuant to Rule 41(a)(1)(ii) of the Rules of this Court, that the above-entitled case be dismissed, without prejudice, and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

March 7, 2006

s/ Robert S. Williams

ROBERT S. WILLIAMS
*Attorney of Record*
*Straley Robin & Williams*
*100 East Madison Street, Suite 300*
*Tampa, Florida 33602*
*Voice: (813) 223-9400*
*Fax: (813) 223-5043*
*Email: rwilliams@srwlegal.com*

ATTORNEY FOR PLAINTIFF

March 7, 2006

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*

March 7, 2006

s/ David Gustafson

Of Counsel

ATTORNEYS FOR DEFENDANT